**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00308-CR
No. 05-13-00310-CR

**JAMES EDWARD TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F12-54575-J, F12-63588-J**

## ORDER

The Court **REINSTATES** the appeals.

On October 21, 2013, we ordered the trial court to conduct a hearing and make findings regarding why appellant's brief had not been filed. On November 26, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the October 21, 2013 order requiring findings.

We **GRANT** the November 26, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE